FILE COPY

No. 07-18-00315-CR

| | | |
|---|---|---|
| Coraima Rodriguez<br>    Appellant | § | From the 286th District Court<br>    of Cochran County |
| | § | |
| v. | | March 28, 2019 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 28, 2019, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o